IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALISHA HAMMACK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 07-0659-CG-M |
| | ) |
| SUPERIOR BANK, f/k/a Bank of Monroeville, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

Pursuant to the parties' Amended Joint Stipulation of Dismissal (Doc.33), and Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED WITH PREJUDICE**.[1]  Each party shall bear her or its own costs.

**DONE and ORDERED** this 29th day of May, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In light of the joint stipulation of dismissal, defendant's motion for summary judgment (Doc. 28) is deemed to be **MOOT**.